**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Eastern District Of New York
                    (State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Maison Premiere Corp.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   2 7 – 0 4 3 2 3 2 1

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 298 Bedford Avenue | |
   | Number       Street | Number       Street |
   | | P.O. Box |
   | Brooklyn            NY   11249 | |
   | City                State   ZIP Code | City                State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | KINGS | |
   | County | Number       Street |
   | | |
   | | City                State   ZIP Code |

5. **Debtor's website (URL)**

   www.maisonpremiere.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | Maison Premiere Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  7  2  2  5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When __ __ / __ __ / __ __ __ __   Case number _____
          MM / DD / YYYY

        District _____ When __ __ / __ __ / __ __ __ __   Case number _____
          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor  Lafitte LLC                    Relationship  Affiliate

        District  EDNY - Brooklyn              When  05/30/2019
                                                    MM / DD / YYYY

        Case number, if known _____

---

| Debtor | Maison Premiere Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Maison Premiere Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

▨ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

▨ I have been authorized to file this petition on behalf of the debtor.

▨ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 20 2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Krystof Zizka
Printed name

Title President

**18. Signature of attorney**

X _____
Signature of attorney for debtor

NY

Douglas J. Pick
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Ave., 12th Fl.
Number        Street

New York
City

NY        10017
State        ZIP Code

(212) 695-6000
Contact phone

dpick@picklaw.net
Email address

Date 05/30/2019
MM / DD / YYYY

_____
Bar number

NY
State

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

UNITED STATES BANKRUPTCY COURT
Eastern District of New York

In re:

                                    Case No. BKY

Maison Premiere Corp.,

Debtor(s)                             Chapter  Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


I, Krystof Zizka, declare under penalty of perjury that I am the President of Maison Premiere Corp., a New York corporation and that on May 29, 2019 the following resolution was duly adopted by the Directors of this corporation:

\Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter   of Title 11 of the United States Code;

Be It Therefore Resolved, that Krystof Zizka, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Krystof Zizka, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Krystof Zizka, President of this corporation, is authorized and directed to employ Douglas J. Pick, attorney and the law firm of Pick & Zabicki LLP to represent the corporation in such bankruptcy case.\

| Executed on: May 30, 2019 | Signed: |
|---|---|
| | Krystof Zizka  *(Name and Address of Subscriber)* |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Maison Premiere Corp.

United States Bankruptcy Court for the:  Eastern District Of New York

Case number (if known):  _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  JPMorgan Chase Bank, NA Collateral Management Small Business P.O. Box 33035 Louisville, KY 40232 | | | | $85,000.00 | $85,000.00 | |
| 2  Bank of America P.O. Box 982234 El Paso, TX 79998-2234 | | | | | | $77,858.48 |
| 3  Golenbock Eiseman Assor Bell & Peskoe LLP 711 Third Avenue New York, NY 10017 | | | | | | $65,000.00 |
| 4  American Express Bank, FSB 4345 South 2700 West Salt Lake City, UT 84184 | | | | $46,210.28 | $46,210.28 | |
| 5  American Express P.O. Box 1270 Newark, NJ 07101-1270 | | | | | | $42,753.92 |
| 6  Alfa Construction 35-42 31st Street Long Island City, NY 11106 | | | | | | $40,000.00 |
| 7  TD Auto Finance P.O. Box 16035 Lewiston, ME 04243-9517 | | Purchase-Money Security Interest | | $13,000.00 | $13,000.00 | $0.00 |
| 8  Porzio, Bromberg & Newman, P.C. 156 W. 56th Street Suite 803 New York, NY 10019 | | | | | | $12,493.33 |

Debtor   Maison Premiere Corp._____     Case number *(if known)*_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Bank of America P.O. Box 982234 El Paso, TX 79998-2234 | | | | | | $10,752.13 |
| 10 Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | | $7,381.27 |
| 11 Baldor Specialty Foods P.O. Box 5411 New York, NY 10087-5411 | | | | | | $6,153.78 |
| 12 Fernando Lopez 236 E. 118th Street New York, NY 10035 | | | | | | $5,200.00 |
| 13 Steve & Mike Shellfish Co. P.O. Box 5455 San Francisco, CA 94083 | | | | | | $1,914.00 |
| 14 Action Environmental P.O. Box 554744 Detroit, MI 48255-4744 | | | | | | $1,829.30 |
| 15 MHW Ltd./Haus Alpenz USA/Genesis 1129 Northern Blvd. Suite 312 Manhasset, NY 11030 | | | | | | $1,608.30 |
| 16 David Bowler Wine 119 W. 23rd Street Suite 507 New York, NY 10011 | | | | | | $1,597.33 |
| 17 Winebow P.O. Box 416636 Boston, MA 02241-6636 | | | | | | $1,593.58 |
| 18 PM Spirits Distribution Corp. P.O. Box 370736 Brooklyn, NY 11237-0736 | | | | | | $1,441.26 |
| 19 Five Star Shellfish, Inc. P.O. Box 3228 1066 Milligan Wharf Rd. Ellerslie, Canada PE0B1J0 | | | | | | $1,344.28 |
| 20 Michael Skurnik Wines P.O. Box 1315 Syosset, NY 11791-1315 | | | | | | $1,281.00 |

**Fill in this information to identify the case:**

Debtor name  **Maison Premiere Corp.**

United States Bankruptcy Court for the:**Eastern District of New York**

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................   $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................   $ **106,985.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................   $ **13,600.00**

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*............................   $ **2135478.36**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................   $ **73789.68**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................   + $ **See**

4. **Total liabilities** ................................................................................................................   $ **2,507,685.72**
   Lines 2 + 3a + 3b

**Attachment**
**Debtor: Maison Premiere Corp.   Case No:**

**Attachment 1**
298417.68000000005

**Fill in this information to identify the case:**

Debtor name  **Maison Premiere Corp.**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2. **Cash on hand**                                                                        $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase Bank** | **Checking** | 3  0  7  8 | $40,000.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                                     $40,000.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

                                                                                          Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. **Con Edison**                                                                     $1,885.00
   7.2. **Landlord**                                                                       $10,500.00

Debtor    <u>**Maison Premiere Corp.**</u>                    Case number (if known)_____
            Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $12,385.00 |

---

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☒ Yes. Fill in the information below.

                                                                      Current value of debtor's
                                                                      interest

11. **Accounts receivable**

   11a. 90 days old or less:    **$8,000.00**        –  **$0.00**             = ........ ➔    $8,000.00
                                face amount              doubtful or uncollectible accounts

   11b. Over 90 days old:       **$0.00**            –  **$0.00**             = ........ ➔    $0.00
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $8,000.00 |

---

### Part 4:    Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

                                                    Valuation method        Current value of debtor's
                                                    used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____    _____    $_____
   14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

   Name of entity:                           % of ownership:
   15.1._____    _____%    _____    $_____
   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____
   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

Debtor  __Maison Premiere Corp._____        Case number (if known)_____
            Name

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| Food Inventory | MM / DD / YYYY | $_____ | _____ | $8,000.00 |

**See Attachment 1: Additional Inventory (Other Inventory**

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $33,000.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    __Maison Premiere Corp._____    Case number (if known)_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| File Cabinets and Desk | $_____ | _____ | $100.00 |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attachment 2 | $_____ | _____ | $500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$600.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    __Maison Premiere Corp._____          Case number (if known)_____
                    Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 __2014 Ford Transit Connect Van_____ | $_____ | _____ | $**13,000.00**____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | $**13,000.00**_____ |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

| Debtor | **Maison Premiere Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attachment 3 | Leasehold | $_____ | _____ | $Unknown |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>**Trademarks** | $_____ | _____ | $Unknown |
| **61. Internet domain names and websites**<br>**www.maisonpremiere.com** | $_____ | | $Unknown |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

Debtor  __Maison Premiere Corp._____     Case number (if known)_____
              Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
_____  _____ – _____ = → $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____   Tax year _____  $_____
_____   Tax year _____  $_____
_____   Tax year _____  $_____

73. **Interests in insurance policies or annuities**
_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____  $_____
Nature of claim    _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____  $_____
Nature of claim    _____
Amount requested_  $_____

76. **Trusts, equitable or future interests in property**
_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____  $_____
_____  $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   __Maison Premiere Corp._____          Case number *(if known)*_____
         Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $40,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,385.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $33,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ..........................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $106,985.00 | + 91b. $0.00 |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................................................   $106,985.00

# Attachment
## Debtor: Maison Premiere Corp.   Case No:

Attachment 1: Additional Inventory (Other Inventory or Supplies)
   Description: Wine & Liquor Inventory
   Book Value:
   Valuation method: :
   Value: $25,000.00

Attachment 2
   Restaurant Tables, Chairs, Utensils, Point of Sale System, Etc.
Attachment 3
   Leased commercial space located at 298 Bedford Avenue, Brooklyn, NY

**Fill in this information to identify the case:**

Debtor name  Maison Premiere Corp.

United States Bankruptcy Court for the:  Eastern District of New York

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
American Express Bank, FSB

**Describe debtor's property that is subject to a lien**
All Assets

$46,210.28     $Unknown

**Creditor's mailing address**
4345 South 2700 West
Salt Lake City, Utah 84184

**Describe the lien**
Nonpossessory, Nonpurchase-Money Security Interest
**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number**  7  3  0  0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
   1:American Express Bank, FSB;
   2:JPMorgan Chase Bank, NA

**2.2** **Creditor's name**
JPMorgan Chase Bank, NA

**Describe debtor's property that is subject to a lien**
All Assets

$85,000.00     $Unknown

**Creditor's mailing address**
See Attachment 1
Louisville, Kentucky 40232

**Describe the lien**
Nonpossessory, Nonpurchase-Money Security Interest
**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☒ Yes. The relative priority of creditors is specified on lines 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $2,135,478.36

Debtor    Maison Premiere Corp.
          Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

TD Auto Finance

Creditor's mailing address

P.O. Box 16035
Lewiston, Maine 04243-9517

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account
number        __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2014 Ford Transit Connect Van                    $13,000.00        $13,000.00

Describe the lien
Purchase-Money Security Interest

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name

The Provident Bank

Creditor's mailing address

See Attachment 2
Newark, New Jersey 07102

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account
number        __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$1,991,268.08      $Unknown

Describe the lien
Judgment Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor   Maison Premiere Corp.
         Name

Case number (if known)_____

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Attachment**
**Debtor: Maison Premiere Corp.    Case No:**

Attachment 1
   Collateral Management Small Business, P.O. Box 33035
Attachment 2
   c/o Meyner and Landis LLP, One Gateway Center, Suite 2500

Fill in this information to identify the case:

Debtor    Maison Premiere Corp.

United States Bankruptcy Court for the: Eastern District of New York

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** <br> Joshua Boissy <br><br> 298 Bedford Avenue <br><br> Brooklyn, New York 11249 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $38,888.00 | $13,650.00 |
| **Date or dates debt was incurred** <br><br> _____ | **Basis for the claim:** <br> Wages/Salaries/Commissions |  |  |
| **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4    )** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |  |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** **Priority creditor's name and mailing address** <br> Krystof Zizka <br><br> 16 Woodland Park Road <br><br> Bellport, New York 11713 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $34,901.68 | $13,650.00 |
| **Date or dates debt was incurred** <br><br> _____ | **Basis for the claim:** <br> Wages/Salaries/Commissions |  |  |
| **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4    )** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |  |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.3** **Priority creditor's name and mailing address** <br><br> _____ <br><br> _____ <br><br> _____ | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** <br><br> _____ | **Basis for the claim:** <br> _____ |  |  |
| **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)** | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes |  |  |

Debtor    Maison Premiere Corp.                                Case number *(if known)*_____
_____
          Name

<table>
<tr><td colspan="2"><b>Part 2:</b>    List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                        **Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address

Action Environmental

P.O. Box 554744

Detroit, Michigan 48255-4744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$1,829.30

Date or dates debt was incurred        _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

Alfa Construction

35-42 31st Street

Long Island City, New York 11106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$40,000.00

Date or dates debt was incurred        _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

American Express

P.O. Box 1270

Newark, New Jersey 07101-1270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$42,753.92

Date or dates debt was incurred        _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

Aqua Best, Inc.

276 Grand Street

New York, New York 10002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$955.16

Date or dates debt was incurred        _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

Auto-Chlor System

130-50 91st Avenue

Richmond Hill, New York 11418

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$511.24

Date or dates debt was incurred        _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

Baldor Specialty Foods

P.O. Box 5411

New York, New York 10087-5411

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$6,153.78

Date or dates debt was incurred        _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    <u>Maison Premiere Corp.</u>                              Case number *(if known)*_____
          Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the          Amount of claim
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,858.48 |

Bank of America
☐ Contingent
☐ Unliquidated
P.O. Box 982234
☐ Disputed
El Paso, Texas 79998-2234
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
Last 4 digits of account number    ___ ___ ___ ___
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,752.13 |

Bank of America
☐ Contingent
☐ Unliquidated
P.O. Box 982234
☐ Disputed
El Paso, Texas 79998-2234

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
Last 4 digits of account number    ___ ___ ___ ___
☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $859.00 |

Big Rock Oyster Co., Inc.
☐ Contingent
☐ Unliquidated
50 Depot Street
☐ Disputed
Harwich, Massachusetts 02645

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
Last 4 digits of account number    ___ ___ ___ ___
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |

Bravo Distributing, LLC
☐ Contingent
☐ Unliquidated
1010 Sheffield Drive
☐ Disputed
Brooklyn, New York 11207

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
Last 4 digits of account number    ___ ___ ___ ___
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $514.10 |

Carousel Beverages
☐ Contingent
☐ Unliquidated
436 3rd Aveue
☐ Disputed
Brooklyn, New York 11215

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
Last 4 digits of account number    ___ ___ ___ ___
☐ Yes

Debtor    <u>Maison Premiere Corp.</u>                    Case number *(if known)* _____
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address**

Chase

P.O. Box 15298

Wilmington, Delaware 19850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$7,381.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

Cotuit Oyster Company

P.O. Box 563 26 Little River Road

Cotuit, Massachusetts 02635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$400.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

David Bowler Wine

119 W. 23rd Street Suite 507

New York, New York 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$1,597.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

DeBragga and Spitler Inc.

65-77 Amity Street

Jersey City, New Jersey 07304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$786.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

Delaware Phoenix Distillery

44 West Street Suite 7, P.O. Box 245

Walton, New York 13856-0245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$660.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Maison Premiere Corp.
          _____          Case number (if known)_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.17** | **Nonpriority creditor's name and mailing address**

Ergo Development
_____

10-02 37th Avenue
_____
Long Island City, New York 11101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$2,259.15

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.18** | **Nonpriority creditor's name and mailing address**

Fernando Lopez
_____

236 E. 118th Street
_____
New York, New York 10035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$5,200.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.19** | **Nonpriority creditor's name and mailing address**

Five Star Shellfish, Inc.
_____

P.O. Box 3228 1066 Milligan Wharf Rd.
_____
Ellerslie, Canada PE0B1J0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$1,344.28

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.20** | **Nonpriority creditor's name and mailing address**

Frederick Wildman & Son, Ltd.
_____

307 E. 53rd Street
_____
New York, New York 10022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$888.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.21** | **Nonpriority creditor's name and mailing address**

Golenbock Eiseman Assor Bell & Peskoe LLP
_____

711 Third Avenue
_____
New York, New York 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$65,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Maison Premiere Corp. | Case number *(if known)* |
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address

Liberty Pest Control

8220 17th Avenue
Brooklyn, New York 11214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$144.33

---

**3.23** Nonpriority creditor's name and mailing address

MHW Ltd./Haus Alpenz USA/Genesis

1129 Northern Blvd. Suite 312
Manhasset, New York 11030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$1,608.30

---

**3.24** Nonpriority creditor's name and mailing address

Michael Skurnik Wines

P.O. Box 1315
Syosset, New York 11791-1315

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$1,281.00

---

**3.25** Nonpriority creditor's name and mailing address

Norm Bloom & Son LLC

7 Edgewater Place
Norwalk, Connecticut 06855

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$310.00

---

**3.26** Nonpriority creditor's name and mailing address

Ocean State Shellfish Cooperative

20 Walts Way
Naragansett, Rhode Island 02882-4338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$418.00

---

| Debtor | Maison Premiere Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | Nonpriority creditor's name and mailing address

Opici Family Distributing of NY

25 DeBoer Drive

Glen Rock, New Jersey 07452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$360.00

---

**3.28** | Nonpriority creditor's name and mailing address

Oysterpond Shellfish

1025 Munn Lane

Orient, New York 11957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$720.00

---

**3.29** | Nonpriority creditor's name and mailing address

Pat LaFrieda Meat Purveyors

3701 Tonnelle Avenue

North Bergen, New Jersey 07047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$847.47

---

**3.30** | Nonpriority creditor's name and mailing address

PM Spirits Distribution Corp.

P.O. Box 370736

Brooklyn, New York 11237-0736

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$1,441.26

---

**3.31** | Nonpriority creditor's name and mailing address

Polaner Selections

19 North Moger Avenue

Mount Kisco, New York 10549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$680.00

---

| Debtor | Maison Premiere Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.32**

Nonpriority creditor's name and mailing address

Porzio, Bromberg & Newman, P.C.

156 W. 56th Street Suite 803
New York, New York 10019

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$12,493.33

---

**3.33**

Nonpriority creditor's name and mailing address

Regalis Foods

45-48 37th Street Attn: Accounts Receivable
Long Island City, New York 11101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$918.36

---

**3.34**

Nonpriority creditor's name and mailing address

Shooting Point Oyster

P.O. Box 1106
Nassawadox, Virginia 23413

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$480.00

---

**3.35**

Nonpriority creditor's name and mailing address

Steve & Mike Shellfish Co.

P.O. Box 5455
San Francisco, California 94083

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$1,914.00

---

**3.36**

Nonpriority creditor's name and mailing address

T. Edwards Wines, Ltd.

P.O. Box 242 Attn: Accounting Dept.
Gardiner, New York 12525

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$486.00

---

| Debtor | Maison Premiere Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** | Nonpriority creditor's name and mailing address

USA Wine Imports

285 W. Broadway Suite 330
New York, New York 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,001.52

---

**3.38** | Nonpriority creditor's name and mailing address

VOS Selections

555 8th Avenue Suite 1209
New York, New York 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.00

---

**3.39** | Nonpriority creditor's name and mailing address

Western Bag & Paper Supplies

220 Ingraham Street, #5
Brooklyn, New York 11237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$752.55

---

**3.40** | Nonpriority creditor's name and mailing address

White Plains Linen

4 John Walsh Blvd.
Peekskill, New York 10566-5324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,049.97

---

**3.41** | Nonpriority creditor's name and mailing address

Winebow

P.O. Box 416636
Boston, Massachusetts 02241-6636

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,593.58

---

Debtor  __Maison Premiere Corp._____    Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.42 | **Nonpriority creditor's name and mailing address** |
|---|---|

Woolco Foods, Inc._____

135 Amity Street_____
Jersey City, New Jersey 07304_____

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$354.77_____

---

| 3.43 | **Nonpriority creditor's name and mailing address** |
|---|---|

Yeonmin Sung_____

c/o Phillips & Associates, PLLC 45 Broadway, Suite 620
New York, New York 10006_____

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown_____

---

| 3.44 | **Nonpriority creditor's name and mailing address** |
|---|---|

_____

_____
_____

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____

---

| 3.45 | **Nonpriority creditor's name and mailing address** |
|---|---|

_____

_____
_____

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____

---

| 3.46 | **Nonpriority creditor's name and mailing address** |
|---|---|

_____

_____
_____

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____

---

Debtor    Maison Premiere Corp.
_____
          Name

Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  <u>Maison Premiere Corp.</u>  Case number (*if known*)_____
        Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

                                                                    **Total of claim amounts**

5a. **Total claims from Part 1**                    5a.    $73,789.68_____

5b. **Total claims from Part 2**                    5b.  **+** $298,417.68_____

5c. **Total of Parts 1 and 2**                      5c.    $372,207.36_____
    Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name **Maison Premiere Corp.**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Real Property Lease | Lisa Carbonara | |
| | | | 298 Bedford Avenue | |
| | State the term remaining | See Attachment 1 | 3rd Floor | |
| | List the contract number of any government contract | | Brooklyn          New York          11249 | |

| | | | | |
|---|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Dishwasher Lease | Auto-Chlor System | |
| | | | 130-50 91st Avenue | |
| | State the term remaining | Month-To-Month | | |
| | List the contract number of any government contract | | Richmond Hill          New York          11418 | |

| | | | | |
|---|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |

| | | | | |
|---|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |

| | | | | |
|---|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | | |

# Attachment
## Debtor: Maison Premiere Corp.    Case No:

**Attachment 1**
    **2009-2034 With 5 Year Renewal Option**

---

**Fill in this information to identify the case:**

Debtor name  Maison Premiere Corp.

United States Bankruptcy Court for the: Eastern District of New York

Case number (if known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* Codebtor | | | | *Column 2:* Creditor | |
|---|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | | **Name** | **Check all schedules that apply:** |
| 2.1 | Joshua Boissy | 298 Bedford Avenue <br> Street | | | The Provident Bank | ☒ D <br> ☐ E/F <br> ☒ G |
| | | Brooklyn <br> City | New York <br> State | 11249 <br> ZIP Code | **See Attachment 1** | |
| 2.2 | Krystof Zizka | 16 Woodland Park Road <br> Street | | | The Provident Bank | ☒ D <br> ☐ E/F <br> ☒ G |
| | | Bellport <br> City | New York <br> State | 11713 <br> ZIP Code | **See Attachment 2** | |
| 2.3 | Lafitte, LLC | 905 Lorimer Street <br> Street | | | The Provident Bank | ☒ D <br> ☐ E/F <br> ☐ G |
| | | Brooklyn <br> City | New York <br> State | 11222 <br> ZIP Code | | |
| 2.4 | DWD-Lafitte, LLC | 305 Bleeker Street <br> Street | | | The Provident Bank | ☒ D <br> ☐ E/F <br> ☐ G |
| | | New York <br> City | New York <br> State | 10014 <br> ZIP Code | | |
| 2.5 | _____ | _____ <br> Street | | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| | | City | State | ZIP Code | | |
| 2.6 | _____ | _____ <br> Street | | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| | | City | State | ZIP Code | | |

# Attachment
## Debtor: Maison Premiere Corp.   Case No:

**Attachment 1**
Lisa Carbonara, Schedule G
**Attachment 2**
Lisa Carbonara, Schedule G

**Fill in this information to identify the case:**

Debtor name  Maison Premiere Corp.

United States Bankruptcy Court for the:  Eastern District of New York

Case number (if known):  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $1,455,529.00 |
   | **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $3,736,207.00 |
   | **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $3,737,892.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | _____ | $0.00 |
   | **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | Loans - Amount to Be Provided | $0.00 |
   | **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | Loans - Amount to Be Provided | $0.00 |

Debtor    Maison Premiere Corp.               Case number *(if known)*_____
            Name

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. | | | |
   | <u>Vendor Payments in the Ordinary Course</u><br>Creditor's name<br><u>Schedule to Be Provided</u><br>Street<br><br>_____<br>City      State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
   | 3.2. | | | |
   | _____<br>Creditor's name<br>_____<br>Street<br><br>_____<br>City      State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

   | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. | | | |
   | <u>**See Attachment 1**</u><br>Insider's name<br>_____<br>Street<br><br>_____<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
   | 4.2. | | | |
   | _____<br>Insider's name<br>_____<br>Street<br><br>_____<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

---

Debtor    Maison Premiere Corp.                                   Case number (if known)_____
          Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See Attachment 2** | Debt Collection | Supreme Court of the State of NY | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Kings County | ☒ Concluded |
| | | | Street | |
| | 503446/2018 | | | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☒ Pending |
| | **See Attachment 3** | Employment Discrimination | Supreme Court of the State of NY | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | | | Kings County | |
| | 505997/2019 | | Street | |
| | | | City          State          ZIP Code | |

Debtor    Maison Premiere Corp._____    Case number *(if known)*_____
              Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State      ZIP Code | | |
| | Date of order or assignment | City          State          ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Debtor    Maison Premiere Corp.                                    Case number (if known)
          Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pick & Zabicki LLP | | 03/08/2019 | $18,000.00 |
| | **Address** | | | |
| | 369 Lexington Ave., 12th Fl. | | | |
| | Street | | | |
| | New York  NY  10017 | | | |
| | City                    State        ZIP Code | | | |
| | **Email or website address** | | | |
| | dpick@picklaw.net | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor - $10,000; Joshua Boissy - $8,000 | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                    State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    Maison Premiere Corp.                                   Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Premiere Enterprises, LLC | US Trademark - Inadvertently Transferred | See | $N/A |
| | | See Attachment 5 | | |

Address

_____
Street

_____

_____
City          State      ZIP Code

Relationship to debtor

None_____

| | Who received transfer? | | Date transfer | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $_____ |

Address

_____
Street

_____

_____
City          State      ZIP Code

Relationship to debtor

_____

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City        State     ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City        State     ZIP Code | |

Debtor    Maison Premiere Corp.
_____
Name

Case number (if known)_____

---

**Part 8:    Healthcare Bankruptcies**

15. **Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | How are records kept?<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| _____<br>City    State    ZIP Code | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | How are records kept?<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| _____<br>City    State    ZIP Code | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

---

Debtor    Maison Premiere Corp.    Case number (if known)_____
                 Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Chase Bank<br>Name<br>_____<br>Street<br>_____<br>City State ZIP Code | Krystof Zizka<br>_____<br>_____<br>Address<br>_____<br>_____ | Lease and Corporate Documents<br>_____<br>_____ | ☐ No<br>☒ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City State ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Maison Premiere Corp.                  Case number *(if known)*_____
                   Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor    <u>Maison Premiere Corp.</u>                 Case number *(if known)*_____
<br>               Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| **25.2.** Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| **25.3.** Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

---

Debtor    Maison Premiere Corp._____    Case number (if known)_____
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| 26a.1.  Scott Aber, CPA | From 01/01/2014 To 05/29/2019 |
| Name |  |
| 10 Esquire Road |  |
| Street |  |
| Suite 1 |  |
| New City  NY  10956 |  |
| City                          State              ZIP Code |  |

| **Name and address** | **Dates of service** |
|---|---|
| 26a.2. | From _____    To _____ |
| Name |  |
| Street |  |
| City                          State              ZIP Code |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| **Name and address** | **Dates of service** |
|---|---|
| 26b.1. | From _____    To _____ |
| Name |  |
| Street |  |
| City                          State              ZIP Code |  |

| **Name and address** | **Dates of service** |
|---|---|
| 26b.2. | From _____    To _____ |
| Name |  |
| Street |  |
| City                          State              ZIP Code |  |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. |  |
| Name |  |
| Street |  |
| City                          State              ZIP Code |  |

Debtor    <u>Maison Premiere Corp.</u>
Name                                                Case number (if known)_____

---

| 26c.2. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | Name | |
| | Street | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.2.  <u>The Provident Bank</u>
Name

Street

City          State          ZIP Code

Name and address

26d.2.
Name

Street

City          State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| <u>General Manager and Chef</u> | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.
Name

Street

City          State          ZIP Code

Debtor    Maison Premiere Corp.
_____
Name

Case number (if known)_____

| | |
|---|---|
| Name of the person who supervised the taking of the inventory | Date of inventory |
| _____ | _____ |

The dollar amount and basis (cost, market, or other basis) of each inventory

$_____

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City                                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Krystof Zizka | , , | See Attachment 6 | 50.0000 |
| Joshua Boissy | , , | See Attachment 7 | 50.0000 |
| | , , | - | |
| | , , | - | |
| | , , | - | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jean Pierre Marquet | 44 Third Avenue, Brooklyn, New York 11231 | See Attachment 8 | From 2009 To 2018 |
| | , , | - | From _____ To _____ |
| | , , | - | From _____ To _____ |
| | , , | - | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | _____ | _____ | _____ |
| Street | | | |
| | | _____ | |
| City          State      ZIP Code | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor __Maison Premiere Corp._____     Case number *(if known)*_____
         Name

---

**Name and address of recipient**                    _____  _____  _____

Name _____           _____

Street _____          _____

City _____ State _____ ZIP Code ____        _____

**Relationship to debtor**                            _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the parent corporation**                **Employer Identification number of the parent corporation**

    _____         EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the pension fund**                       **Employer Identification number of the pension fund**

    _____         EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __05/30/2019___
              MM / DD / YYYY

✗ _____         Printed name __Krystof Zizka_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

# Attachment
## Debtor: Maison Premiere Corp.    Case No:

**Attachment 1**
  Wages and Salaries in the Ordinary Course
**Attachment 2**
  The Provident Bank v. Lafitte, LLC, et al.
**Attachment 3**
  Yeonmin Sung v. Maison Premiere Corp., et al.
**Attachment 4**
  8/2/2018 (Transferred Back to Debtor 9/26/2018)
**Attachment 5**
  to Unknown Entity - Subsequently Transferred Back to Debtor
**Attachment 6**
  President & Director - Shareholder
**Attachment 7**
  Vice-President & Director - Shareholder
**Attachment 8**
  Secretary - 1/3 Shareholder

<div style="border:1px solid">

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Maison Premiere Corp.</u>

United States Bankruptcy Court for the: <u>Eastern District Of New York</u>

Case number (*if known*): _____

</div>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>05/30/2019</u>           X _____
     MM / DD / YYYY                Signature of individual signing on behalf of debtor

                               **Krystof Zizka**
                               Printed name

                               **President**
                               Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## EASTERN DISTRICT OF NEW YORK

In re   **Maison Premiere Corp.**

Case No. _____

**Debtor**

Chapter _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$18,000.00** _____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . **$18,000.00** _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**0.00** _____

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☒ Other (specify) **Joshua Boissy ($8,000)**

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

      d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

      e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
*Date*

_____
*Signature of Attorney*

**Pick & Zabicki LLP**
*Name of law firm*

# United States Bankruptcy Court
### Eastern District of New York

In re **Maison Premiere Corp.**                                    Case No.

        Debtor.                                                    Chapter

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Maison Premiere Corp.**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

  **X**__ There are no entities to report.

By:_____
    **Douglas J. Pick**
    Signature of Attorney

    Counsel for
    Bar no.:
    Address.: **369 Lexington Ave., 12th Fl.**
              **New York, New York 10017**

    Telephone No.: **(212) 695-6000**
    Fax No.: **(212) 695-6007**
    E-mail address: **dpick@picklaw.net**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

Maison Premiere Corp.,

Debtor

Case No.

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Krystof Zizka<br><br>16 Woodland Park Road<br>Bellport, New York 11713 | NA | 50% | Shareholder |
| Joshua Boissy<br><br>298 Bedford Avenue<br>Brooklyn, New York 11249 | NA | 50% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Krystof Zizka, President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:   May 30, 2019

Signature:

Printed Name:   Krystof Zizka

Title:   President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

**In Re:**

    **Maison Premiere Corp.**

**Case No.**

**Chapter**

**Debtor(s)**

------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

Action Environmental
P.O. Box 554744
Detroit,MI 48255-4744

Alfa Construction
35-42 31st Street
Long Island City,NY 11106

American Express
P.O. Box 1270
Newark,NJ 07101-1270

American Express Bank, FSB
4345 South 2700 West
Salt Lake City,UT 84184

Aqua Best, Inc.
276 Grand Street
New York,NY 10002

Auto-Chlor System
130-50 91st Avenue
Richmond Hill,NY 11418

Baldor Specialty Foods
P.O. Box 5411
New York,NY 10087-5411

Bank of America
P.O. Box 982234
El Paso,TX 79998-2234

Big Rock Oyster Co., Inc.
50 Depot Street
Harwich,MA 02645

Bravo Distributing, LLC
1010 Sheffield Drive
Brooklyn,NY 11207


Carousel Beverages
436 3rd Aveue
Brooklyn,NY 11215


Chase
P.O. Box 15298
Wilmington,DE 19850


Cotuit Oyster Company
P.O. Box 563
26 Little River Road
Cotuit,MA 02635


David Bowler Wine
119 W. 23rd Street
Suite 507
New York,NY 10011


DeBragga and Spitler Inc.
65-77 Amity Street
Jersey City,NJ 07304


Delaware Phoenix Distillery
44 West Street
Suite 7, P.O. Box 245
Walton,NY 13856-0245


Ergo Development
10-02 37th Avenue
Long Island City,NY 11101


Fernando Lopez
236 E. 118th Street
New York,NY 10035

Five Star Shellfish, Inc.
P.O. Box 3228
1066 Milligan Wharf Rd.
Ellerslie,Canada PE0B1J0


Frederick Wildman & Son, Ltd.
307 E. 53rd Street
New York,NY 10022


Golenbock Eiseman Assor Bell & Peskoe LL
711 Third Avenue
New York,NY 10017


Internal Revenue Service
P.O. Box 7346
Philadelphia,PA 19101-7346


Joshua Boissy
298 Bedford Avenue
Brooklyn,NY 11249


JPMorgan Chase Bank, NA
Collateral Management Small Business
P.O. Box 33035
Louisville,KY 40232


Krystof Zizka
16 Woodland Park Road
Bellport,NY 11713


Liberty Pest Control
8220 17th Avenue
Brooklyn,NY 11214


Lisa Carbonara
298 Bedford Avenue
3rd Floor
Brooklyn,NY 11249

MHW Ltd./Haus Alpenz USA/Genesis
1129 Northern Blvd.
Suite 312
Manhasset,NY 11030


Michael Skurnik Wines
P.O. Box 1315
Syosset,NY 11791-1315


Norm Bloom & Son LLC
7 Edgewater Place
Norwalk,CT 06855


NYC Dept. of Finance
345 Adams Street, 3rd Fl. Legal
Brooklyn,NY 11201


NYC Law Dept.
100 Church Street
New York,NY 10007


NYS Attorney General
120 Broadway
New York,NY 10271


NYS Dept. of Taxation & Finance
P.O. Box 5300 - Bankr. Unit
Albany,NY 11205-0300


NYS Unemployment Insurnance Fund
P.O. Box 551
Albany,NY 12201


Ocean State Shellfish Cooperative
20 Walts Way
Naragansett,RI 02882-4338

Opici Family Distributing of NY
25 DeBoer Drive
Glen Rock,NJ 07452


Oysterpond Shellfish
1025 Munn Lane
Orient,NY 11957


Pat LaFrieda Meat Purveyors
3701 Tonnelle Avenue
North Bergen,NJ 07047


PM Spirits Distribution Corp.
P.O. Box 370736
Brooklyn,NY 11237-0736


Polaner Selections
19 North Moger Avenue
Mount Kisco,NY 10549


Porzio, Bromberg & Newman, P.C.
156 W. 56th Street
Suite 803
New York,NY 10019


Regalis Foods
45-48 37th Street
Attn: Accounts Receivable
Long Island City,NY 11101


Shooting Point Oyster
P.O. Box 1106
Nassawadox,VA 23413


Steve & Mike Shellfish Co.
P.O. Box 5455
San Francisco,CA 94083

T. Edwards Wines, Ltd.
P.O. Box 242
Attn: Accounting Dept.
Gardiner,NY 12525


TD Auto Finance
P.O. Box 16035
Lewiston,ME 04243-9517


The Provident Bank
c/o Meyner and Landis LLP
One Gateway Center, Suite 2500
Newark,NJ 07102


U.S. Dept. of Justice
Box 55
Washington,DC 20044


United States Attorney
One St. Andrews Plaza
New York,NY 10007


United States Trustee
201 Varick Street, Suite. 1006
New York,NY 10014


USA Wine Imports
285 W. Broadway
Suite 330
New York,NY 10013


VOS Selections
555 8th Avenue
Suite 1209
New York,NY 10018


Western Bag & Paper Supplies
220 Ingraham Street, #5
Brooklyn,NY 11237

White Plains Linen
4 John Walsh Blvd.
Peekskill,NY 10566-5324


Winebow
P.O. Box 416636
Boston,MA 02241-6636


Woolco Foods, Inc.
135 Amity Street
Jersey City,NJ 07304


Yeonmin Sung
c/o Phillips & Associates, PLLC
45 Broadway, Suite 620
New York,NY 10006